# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CHRISTOPHER LAMONT LEWIS,  ) | |
| ) | |
| Plaintiff  ) | |
| ) | |
| vs.  ) | Case No. 4:16-cv-00287-LSC-HGD |
| ) | |
| WILLIS H. CLAY,  ) | |
| ) | |
| Defendant  ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 9, 2016, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  (Doc. 9).  Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Therefore, in accordance with 28 U.S.C. § 1915A(b)(1) and (2), this action is due to be dismissed without prejudice

for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief.

A Final Judgment will be entered.

Done this 1st day of November 2016.

L. Scott Coogler
United States District Judge
[160704]